GRACE VAN B. ROBERTS, Appellant, v. NATHANIEL B. GROSS, Respondent.— Motion granted by default, without costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

GEORGE N. OSTRANDER, Respondent, v. HARRIET E. OSTRANDER, Wife of Said Plaintiff, and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. — Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Application to Punish THOMAS ROURKE, the Executor of the Last Will and Testament of JOHN H. ROURKE, Deceased, for Failing to Obey a Decree made by Hon. BENJAMIN BAKER, Surrogate of Broome County, on November 17, 1928.— Order unanimously affirmed, with ten dollars costs and disbursements against the appellant personally. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Petition of JULIA CARVILLE PRUYN, Appellant, that the Supreme Court of the State of New York Inquire into the Circumstances Surrounding the Upbringing of EDITH PATRICIA PRUYN, an Infant under the Age of Fourteen Years, and Award Her Custody and Control in Such Manner as May Be for Her Best Interests. EDITH B. PRUYN, Respondent.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ELIZABETH WESTERVELT, Respondent, v. NATHAN BORIS and Others, Appellants. — Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

EVEREST BREEN, an Infant, by MARY BREEN, His Guardian ad Litem, Appellant, v. UNITED TRACTION COMPANY, Respondent. FRANK BREEN, Appellant, v. UNITED TRACTION COMPANY, Respondent.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

JACOB LEVINE, Respondent v. HYMAN PERSKY, Appellant.— Order and judgment reversed on the law and facts, with ten dollars costs and disbursements to abide the event, with respect to the first three causes of action alleged in the complaint, on the ground that the defendant by affidavit has shown facts sufficient to entitle him to defend; and motion in such respect denied. The order with respect to the fourth cause of action is affirmed, and judgment is directed to be entered thereon in favor of the plaintiff and against the defendant for $236.89, with interest from September 11, 1927. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

SOPHIA ROYCE, Respondent, v. ELSIE H. PEASE, Individually and as Executrix, etc., of AUSTIN PEASE, Deceased, Appellant, Impleaded with Others.— Judgment modified by requiring that the defendant, Elsie H. Pease, as executrix, pay to herself for her support and maintenance the sum of $60 per month instead of $100 per month, from March 1, 1925, less such sum as she has already received from said estate therefor; and that said defendant, as executrix, pay to Sophia Royce the sum of $769.45, with interest thereon from June 24, 1926, and the further sum of $60 per month instead of $100 per month, for her support and maintenance, from the 24th day of June, 1926; and as so modified the judgment is affirmed, with costs to the respondent payable out of the estate; on the ground that the interests of justice require it, inasmuch as the estate is small and would be exhausted by a larger allowance during the probable lives of the beneficiaries. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.